No. 91–5833.  MALDONADO v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 91–5835.  REIDT v. DEPARTMENT OF VETERANS AFFAIRS. C. A. 9th Cir.  Certiorari denied.

No. 91–5837.  SIMON v. BRENNAN.  C. A. 7th Cir.  Certiorari denied.

No. 91–5838.  GLOVER v. LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 91–5841.  BUSH v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.  Certiorari denied.

No. 91–5846.  PAYTON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–5865.  CUMMINGS v. UNITED STATES; and
No. 91–5925.  CUMMINGS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.  Reported below: 937 F. 2d 941.

No. 91–5870.  SIMS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–5871.  WAGNER v. WILLIFORD, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–5873.  FISHER v. GRAYSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 91–5875.  BARNES v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 91–5883.  WILLIAMS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 91–5885.  GRAHAM v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–5886.  ELLIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.